Jocelyn Burton, State Bar No. 135879
Burton Employment Law
1901 Harrison Street, Suite 1100
PMB 6418
Oakland, CA 94612
Telephone: (510) 350-7025
Facsimile:  (510) 473-3672
Email:      jburton@burtonemploymentlaw.com


Attorneys for Plaintiff
KARL G. DEBRO

Michael C. Wenzel, State Bar No. 215388
Mika J. Frisk, State Bar No. 305139
Jessica D. Adair State Bar No. 348364
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      mwenzel@bfesf.com
            mfrisk@bfesf.com
            jadair@bfesf.com


Attorneys for Defendant
CONTRA COSTA COMMUNITY COLLEGE
DISTRICT

James M. Marzan, State Bar No. 133931
Edrington, Schirmer & Murphy, LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile:  (925) 827-3320
Email:      jmarzan@esmlawfirm.com

Attorneys for Defendant
MARILES MAGALONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL G. DEBRO,<br><br>     Plaintiff,<br><br>v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT, and MARILES MAGALONG, in her individual capacity,<br><br>     Defendants. | Case No. 3:20-cv-08876-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CIVIL STAY**<br><br><br>**Hon. Charles R. Breyer** |

Plaintiff KARL DEBRO ("Plaintiff") and Defendants CONTRA COSTA COMMUNITY COLLEGE DISTRICT ("DISTRICT") and MARILES MAGALONG (collectively "the Parties"), by and through their counsel of record, hereby represent to the Court and stipulate as follows:

1. On November 7, 2023, Petitioner KARL G. DEBRO ("Petitioner") filed a Verified Petition for Writ of Mandate ("writ petition") in the Contra Costa County Superior Court (Case No. N23-2169).

2. On December 15, 2023, the DISTRICT filed a Motion to Stay this instant action pending resolution of Plaintiff's state court writ petition. The Motion to Stay was set for hearing on January 12, 2024. (See Docket No. 64.)

3. The court subsequently reset the hearing date on the DISTRICT's Motion to Stay to February 2, 2024. (See Docket No. 66.) The hearing date was later again rescheduled to February 9, 2024. (See Docket No. 75.)

4. Following the hearing on the Motion to Stay, this Court granted the DISTRICT's Motion to Stay the civil proceedings and ordered this action be stayed for a period of six months, until August 9, 2024. The court further ordered that the Parties, on August 2, 2024, file a joint status report informing the court of the status of Plaintiff's state court writ petition. (See Docket No. 80.)

5. On or about August 1, 2024, this Court, pursuant to the Parties' stipulation, extended the civil stay until February 7, 2025. (See Docket No. 84.)

6. As to the state court writ petition matter, on March 29, 2024, Respondents CONTRA COSTA COMMUNITY COLLEGE DISTRICT and the GOVERNING BOARD OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT ("Respondents") filed and served an Answer and Demurrer motion in response to Petitioner's writ petition.

7. The hearing on Respondents' demurrer motion took place on September 13, 2024. The superior court issued an order on the demurrer on or about September 16, 2024.

8. Following the pleadings being settled, Respondents and Petitioner continued to meet and confer regarding the contents of the Administrative Record.

9. On January 31, 2025, this Court, pursuant to the Parties' stipulation, extended the civil stay until August 7, 2025. (See Docket No. 86.)

10. The District lodged the Administrative Record with the Contra Costa County Superior Court on

1

March 26, 2025.

11. The state court writ petition was set for hearing on February 6, 2026.

12. On January 31, 2025, this Court, pursuant to the Parties' stipulation, extended the civil stay until April 8, 2026. (See Docket No. 92.)

13. On February 5, 2026, the Contra Costa County Superior Court issued its tentative ruling, continuing the hearing date on the writ petition to April 10, 2026. Thus, the state court writ petition is currently set for hearing on April 10, 2026.

14. In light of the above, the Parties hereby stipulate that the current stay in this action, which is set to expire on April 8, 2026, be further stayed for an additional sixty days (i.e., until June 8, 2026), to allow time for the state court writ petition to be adjudicated, for the court to issue its Order and for the filing of an Order and Notice of Entry of such order.

IT IS SO STIPULATED AND AGREED.

DATED: March 16, 2026                                    BURTON EMPLOYMENT LAW


By:  _/s/ Jocelyn Burton_____
    Jocelyn Burton
    Attorney for Plaintiff
    KARL G. DEBRO


DATED: March 16, 2026                                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:  _/s/ Mika J. Frisk_____
    Michael C. Wenzel
    Mika J. Frisk
    Jessica D. Adair
    Attorneys for Defendant
    CCCCD


DATED: March 16, 2026                                    EDRINGTON, SCHIRMER & MURPHY, LLP


By:  _/s/ James M. Marzan_____
    James M. Marzan
    Attorneys for Defendant
    MARILES MAGALONG

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CIVIL STAY
*Debro v. Contra Costa Community College District, et al.* USDC Northern District of California Case No. 3:20-cv-08876-CRB

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated:  March 16, 2026                                      /s/ Mika J. Frisk
                                                            Mika J. Frisk

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CIVIL STAY
*Debro v. Contra Costa Community College District, et al.* USDC Northern District of California Case No. 3:20-cv-08876-CRB

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.

**IT IS HEREBY ORDERED** that the current stay in this action, which is set to expire on April 8, 2026, be further stayed for an additional period of sixty days (i.e., until i.e., until June 8, 2026).

**IT IS SO ORDERED.**

DATED: ___March 16, 2026___

_____
HON. CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND CIVIL STAY
*Debro v. Contra Costa Community College District, et al.* USDC Northern District of California Case No. 3:20-cv-08876-CRB