✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of**              NORTHERN DISTRICT

Karl G. Debro

Plaintiff (s),

V.

Contra Costa Community College District, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  3:20-cv-08876-CRB

Notice is hereby given that, subject to approval by the court,  Defendant Mariles  Magalong  substitutes

(Party (s) Name)

Eric J. Bengtson, Esq.  , State Bar No.  254167  as counsel of record in

(Name of New Attorney)

place of  James M. Marzan, Esq.  .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Davis, Bengston & Young

Address:  1960 The Alameda, Suite 210, San Jose, CA 95126

Telephone:  (408) 261-4245  Facsimile  (408) 985-1814

E-Mail (Optional):  eric@dby-law.com

I consent to the above substitution.

Date:  3/17/2026 .

I consent to being substituted.

Date:  03/18/2026

I consent to the above substitution.

Date:  3/18/26

Mariles Magalong

(Signature of Party (s))

James M. Marzan, Esq.

(Signature of Former Attorney (s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  March 19, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**