Jocelyn Burton, State Bar No. 135879
Burton Employment Law
1901 Harrison Street, Suite 1100
PMB 6418
Oakland, CA 94612
Telephone: (510) 350-7025
Facsimile:  (510) 473-3672
Email:      jburton@burtonemploymentlaw.com

Attorneys for Plaintiff
KARL G. DEBRO

Susannah L. Ashton, State Bar No. 301320
Laura Franklin, State Bar No. 282642
Davis, Bengston & Young
1960 The Alameda, Suite 210
San Jose, CA 95126
Telephone: (408) 261-4245
Facsimile:  (408) 985-1814
Email:      eric@dby-law.com

Attorneys for Defendant
MARILES MAGALONG

Michael C. Wenzel, State Bar No. 215388
Mika J. Frisk, State Bar No. 305139
Jessica D. Adair State Bar No. 348364
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email:      mwenzel@bfesf.com
            mfrisk@bfesf.com
            jadair@bfesf.com

Attorneys for Defendant
CONTRA COSTA COMMUNITY COLLEGE
DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL G. DEBRO,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT, and MARILES MAGALONG, in her individual capacity,<br><br>    Defendants. | Case No. 3:20-cv-08876-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CIVIL STAY**<br><br><br>**Hon. Charles R. Breyer** |

Plaintiff KARL DEBRO ("Plaintiff") and Defendants CONTRA COSTA COMMUNITY COLLEGE DISTRICT ("DISTRICT") and MARILES MAGALONG (collectively "the Parties"), by and through their counsel of record, hereby represent to the Court and stipulate as follows:

1. On November 7, 2023, Petitioner KARL G. DEBRO ("Petitioner") filed a Verified Petition for Writ of Mandate ("writ petition") in the Contra Costa County Superior Court (Case No. N23-2169).

2. On December 15, 2023, the DISTRICT filed a Motion to Stay this instant action pending resolution of Plaintiff's state court writ petition. The Motion to Stay was set for hearing on January 12, 2024. (See Docket No. 64.)

3. The court subsequently reset the hearing date on the DISTRICT's Motion to Stay to February 2, 2024. (See Docket No. 66.) The hearing date was later again rescheduled to February 9, 2024. (See Docket No. 75.)

4. Following the hearing on the Motion to Stay, this Court granted the DISTRICT's Motion to Stay the civil proceedings and ordered this action be stayed for a period of six months, until August 9, 2024. The court further ordered that the Parties, on August 2, 2024, file a joint status report informing the court of the status of Plaintiff's state court writ petition. (See Docket No. 80.)

5. On or about August 1, 2024, this Court, pursuant to the Parties' stipulation, extended the civil stay until February 7, 2025. (See Docket No. 84.)

6. As to the state court writ petition matter, on March 29, 2024, Respondents CONTRA COSTA COMMUNITY COLLEGE DISTRICT and the GOVERNING BOARD OF CONTRA COSTA COMMUNITY COLLEGE DISTRICT ("Respondents") filed and served an Answer and Demurrer motion in response to Petitioner's writ petition.

7. The hearing on Respondents' demurrer motion took place on September 13, 2024. The superior court issued an order on the demurrer on or about September 16, 2024.

8. On January 31, 2025, this Court, pursuant to the Parties' stipulation, extended the civil stay until August 7, 2025. (See Docket No. 86.)

9. The District lodged the Administrative Record with the Contra Costa County Superior Court on March 26, 2025.

10. The state court writ petition was set for hearing on February 6, 2026.

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND CIVIL STAY
*Debro v. Contra Costa Community College District, et al.* USDC Northern District of California Case No. 3:20-cv-08876-CRB

11. On January 27, 2026, this Court, pursuant to the Parties' stipulation, extended the civil stay until April 8, 2026. (See Docket No. 92.)

12. On February 5, 2026, the Contra Costa County Superior Court issued its tentative ruling, continuing the hearing date on the writ petition to April 10, 2026.

13. On March 16, 2026, this Court, pursuant to the Parties' stipulation, extended the civil stay until June 8, 2026. (See Docket No. 94.)

14. On April 10, 2026, the Parties appeared at the hearing on the writ petition. The presiding Judge, the Honorable Joni Hiramoto, heard oral arguments by counsel and took the matter under submission.

15. Thereafter, on or about May 8, 2026, Judge Hiramoto issued an Order after Hearing denying Plaintiff's writ petitions. Judge Hiramoto set a further Case Management Conference for August 5, 2026, and also ordered that Petitioner notify the parties and the Court whether he intends to proceed with his remaining declaratory relief claim.

16. In light of the above, the Parties hereby stipulate that the current stay in this action, which is set to expire on June 8, 2026, be further stayed for an additional period of sixty (60) days (i.e., until August 7, 2026), in light of the upcoming state court Case Management Conference on August 5, 2026 and Judge Hiramoto's order regarding petitioner's remaining state law claim.

IT IS SO STIPULATED AND AGREED.

DATED: June 5, 2026                                BURTON EMPLOYMENT LAW


By:  _/s/ Jocelyn Burton_____
        Jocelyn Burton
        Attorney for Plaintiff
        KARL G. DEBRO


DATED: June 4, 2026                                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  _/s/ Mika J. Frisk_____
        Michael C. Wenzel
        Mika J. Frisk
        Jessica D. Adair
        Attorneys for Defendant
        CCCCD

2

DATED: June 4, 2026                    Davis, Bengston & Young


                                       By:  /s/ Susannah L. Ashton
                                            Susannah L. Ashton
                                            Laura Franklin
                                            Attorneys for Defendant
                                            MARILES MAGALONG


## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.


Dated:  June 5, 2026                            /s/ Mika J. Frisk
                                                Mika J. Frisk

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CIVIL STAY
*Debro v. Contra Costa Community College District, et al.* USDC Northern District of California Case No. 3:20-cv-08876-CRB

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.

**IT IS HEREBY ORDERED** that the current stay in this action, which is set to expire on June 8, 2026, be further stayed for an additional period of sixty (60) days (i.e., until August 7, 2026).

**IT IS SO ORDERED.**

DATED:   June 8, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE

4

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CIVIL STAY
*Debro v. Contra Costa Community College District, et al.* USDC Northern District of California Case No. 3:20-cv-08876-CRB