Jocelyn Burton, State Bar No. 135879
Burton Employment Law
1901 Harrison Street, Suite 1100
PMB 6418
Oakland, CA 94612
Telephone: (510) 350-7025
Facsimile: (510) 473-3672
Email: jburton@burtonemploymentlaw.com

Attorneys for Plaintiff
KARL G. DEBRO

Michael C. Wenzel, State Bar No. 215388
Mika J. Frisk, State Bar No. 305139
Jessica D. Adair State Bar No. 348364
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: mwenzel@bfesf.com
mfrisk@bfesf.com
jadair@bfesf.com

Attorneys for Defendant
CONTRA COSTA COMMUNITY
COLLEGE DISTRICT

Eric J. Bengtson, State Bar No. 254167
Davis, Bengston & Young
1960 The Alameda, Suite 210
San Jose, CA 95126
Telephone: (408) 261-4245
Facsimile: (408) 985-181
Email: eric@dby-law.com

Attorneys for Defendant
MARILES MAGALONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL G. DEBRO,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COMMUNITY COLLEGE DISTRICT, and MARILES MAGALONG, in her individual capacity,<br><br>Defendants. | Case No. 3:20-cv-08876-CRB<br><br>**STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER** |

IT IS STIPULATED by and between Plaintiff KARL DEBRO ("Plaintiff") and Defendants CONTRA COSTA COMMUNITY COLLEGE DISTRICT ("DISTRICT") and MARILES MAGALONG (collectively "the Parties"), by and through their counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

.

DATED: July 24, 2026

BURTON EMPLOYMENT LAW

By: *//ss//Jocelyn Burton//ss//*
Jocelyn Burton
Attorney for Plaintiff
KARL G. DEBRO

DATED: July 24, 2026

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: *//ss//Mika J. Frisk//ss//*
Michael C. Wenzel
Mika J. Frisk
Jessica D. Adair
Attorneys for Defendant
CCCCD

DATED: July 24, 2026

DAVIS, BENGSTON & YOUNG

By: *//ss//Eric J. Bengtston//ss//*
Eric J. Bengtston
Attorneys for Defendant
MARILES MAGALONG

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated: July 24, 2026

*//ss//Jocelyn Burton//ss//*
Jocelyn Burton

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 24, 2026

HON. CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE